FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0584

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0584
_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                              O R D E R

WILLIE ANTOINE REDD,

Defendant and Appellant.

_____

Appellant Willie Antoine Redd was granted an extension of time to file and serve the opening brief on or before February 3, 2025. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than March 12, 2025. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025